# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOAN JONES-SILVERMAN**<br><br>    v.<br><br>**ALLSTATE FIRE & CASUALTY INSURANCE COMPANY** | **CIVIL ACTION**<br><br>**NO. 17-1711** |

## ORDER RE: DEFENDANT'S MOTION TO SEVER

AND NOW, this 31st day of July, 2017, for the reasons stated in the foregoing memorandum, upon consideration of Defendant's Motion to Bifurcate (ECF 7), and Plaintiff's response thereto, it is hereby **ORDERED** that Defendant's Motion is DENIED.

                                                                BY THE COURT:

                                                                /s/ Michael M. Baylson
                                                                _____
                                                                **Michael M. Baylson, U.S.D.J.**

O:\CIVIL 17\17-1711 Jones-Silverman v Allstate\17cv1711 order re motion to sever.docx